IN THE SUPREME COURT OF TEXAS

 No. 12-0035

 IN RE SPECIALTY RENTAL TOOLS & SUPPLY, LP AND COY FRANK KUYKENDALL, JR.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed January 13, 2012,
is granted. The trial court's order dated October 13, 2011, in Cause No.
2010CVE000175D2, styled Veronica Reyes, Individually, and as Personal
Representative of the Estate of David Reyes, Deceased, and as next friend
of C.R., E.R., and V.R., Minor Children v. Coy Frank Kuykendall Jr. and
Specialty Rental Tools & Supply, LP, in the 111th District Court of Webb
County, Texas, is stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before February 9, 2012.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 25, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk